Cynthia S. Betz
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: 973-622-4444
cbetz@mccarter.com
mmakhail@mccarter.com

*Attorneys for Plaintiffs Genentech, Inc.,*
*Hoffmann-La Roche Inc. and Biogen Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENENTECH, INC., HOFFMANN-LA ROCHE INC., and BIOGEN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES SA, DR. REDDY'S LABORATORIES LTD., FRESENIUS KABI USA, LLC, FRESENIUS KABI SWISSBIOSIM GmbH, and FRESENIUS KABI DEUTSCHLAND GmbH.<br><br>Defendants. | Civil Action No.: 23-22485<br><br>**JURY TRIAL REQUESTED** |

### PLAINTIFF BIOGEN INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Biogen Inc. ("Biogen"), through the undersigned counsel, certifies that Biogen is a publicly-traded corporation organized under the laws of the State of Delaware. Biogen has no parent corporation and, upon information and belief, no publicly held corporation owns 10% or more of its stock.

Dated: November 17, 2023

OF COUNSEL:

David Gindler (*pro hac vice* forthcoming)
John Lu (*pro hac vice* forthcoming)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 South Grand Avenue
Suite 2700
Los Angeles, CA 90071-1596
(213) 629-2020
dgindler@orrick.com
jlu@orrick.com

Pengweixi Sun (*pro hac vice* forthcoming)
Jonathan Liu (*pro hac vice* forthcoming)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400
rsun@orrick.com
jonathanliu@orrick.com

Jessica Stern (*pro hac vice* forthcoming)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415) 773-5700
jstern@orrick.com

*/s/ Cynthia S. Betz*

Cynthia S. Betz
Mark M. Makhail
**McCARTER & ENGLISH, LLP**
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: 973-622-4444
cbetz@mccarter.com
mmakhail@mccarter.com

*Attorneys for Plaintiffs Genentech, Inc., Hoffmann-La Roche Inc. and Biogen Inc.*